## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **OMAR GHASSAN,** | |
| *Plaintiff,* | |
| **v.** | **Civil Action No. 21-cv-3252 (FYP)** |
| **JOSEPH BIDEN,** ***et al.****,* | |
| *Defendants*. | |

## ORDER

On December 17, 2021, Plaintiff Omar Ghassan filed an Amended Complaint against defendants Joseph Biden, FBI Director Christopher Wray, the Department of Homeland Security, Secretary of Homeland Security Alejandro Mayorkas, the FBI Director Las Vegas Office, and the Las Vegas Police Department. *See* ECF No. 4. Plaintiff claims that defendants are targeting him and attempting to kill him and his family. *Id.* On February 8, 2022, Defendant Las Vegas Police Department filed a Motion to Dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(1). *See* ECF No. 8. Because Plaintiff is proceeding *pro se*, the Court subsequently issued an order advising Plaintiff of his obligation to respond to Defendant's Motion to Dismiss, under the Federal Rules of Civil Procedure and the local rules of this Court, and setting the deadline of February 23, 2022, for Plaintiff to file his response. *See* Order, dated February 9, 2022 (citing *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988); *Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992)). The Court further cautioned Plaintiff that failure to respond could result in the Court granting the Motion as conceded. *Id.* At a hearing on February 23, 2022, the Court extended the time for Plaintiff to respond to the Motion to Dismiss to March 2, 2022.

Plaintiff neither filed an opposition to Defendant's Motion to Dismiss, nor requested an extension of time to respond to the Motion, within the time allowed in the Court's Order. Local Civil Rule 7(b) provides if a memorandum in opposition to a party's motion is not filed within the prescribed time, "the Court may treat the motion as conceded." Rule 7(b) "is a docket-management tool that facilitates efficient and effective resolution of motions." *Texas v. United States*, 798 F.3d 1108, 1113 (D.C. Cir. 2015) (quoting *Fox v. Am. Airlines, Inc.*, 389 F.3d 1291, 1294 (D.C. Cir. 2004)). "The Court need not provide notice before enforcing the rule or offer a party an opportunity to explain its failure to comply." *Vemuri v. Napolitano*, 771 F. Supp. 2d 27, 28 (D.D.C. 2011) (citing *Fox*, 389 F.3d at 1295).

Given Plaintiff's failure to respond to Defendant's Motion, pursuant to Local Civil Rule 7(b), it is hereby

**ORDERED** that defendant's Motion to Dismiss is **GRANTED** as conceded**.**
**SO ORDERED.**

_____
FLORENCE Y. PAN
United States District Judge

Date:   March 8, 2022